**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Ricky Manigo Dawson, Appellant.

Appellate Case No. 2019-002107

Appeal From Berkeley County
Deadra L. Jefferson, Circuit Court Judge
G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2023-UP-348
Heard October 4, 2023 – Filed October 25, 2023

**AFFIRMED**

Deputy Chief Appellate Defender Wanda H. Carter, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Attorney General Mark Reynolds Farthing,
both of Columbia, for Respondent.

**PER CURIAM:** Ricky Manigo Dawson appeals his convictions and sentences for trafficking cocaine, third offense; possession with intent to distribute crack cocaine, third offense; and possession of a weapon during the commission of a

violent crime.  On appeal, Dawson argues the trial court erred by denying his motion to suppress evidence of the drugs found in his backpack and seized pursuant to a warrantless search of a vehicle in which he was an occupant.

Because Dawson failed to appeal the trial court's ruling that the police officer had probable cause to search the vehicle, we affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Jones v. Lott*, 387 S.C. 339, 346, 692 S.E.2d 900, 903 (2010) ("Under the two[-]issue rule, where a decision is based on more than one ground, the appellate court will affirm unless the appellant appeals all grounds because the unappealed ground will become the law of the case."), *abrogated on other grounds by Repko v. County of Georgetown*, 424 S.C. 494, 818 S.E.2d 743 (2018).

**AFFIRMED.**

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**